**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
CESAR LOPEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　PLAINTIFF,<br><br>CESAR LOPEZ,<br>　　　　　　　　　　　DEFENDANTS. | Case No.: 09-CR-00299-02 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: LAWRENCE J. O'NEILL AND ELANA SHARON LANDAU, UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, CESAR LOPEZ by and through his attorney of record, DAVID A. TORRES hereby requesting that the Sentencing date currently set for September 16, 2010 be continued to November 12, 2010 at 9:00 a.m., or a date convenient to court and counsel.

　　This is a mutual agreement between myself , and United States Attorney Elana Sharon Landau, for the purpose of further investigations.

1  Based upon the foregoing, I respectfully request that this matter be continued to
2  November 12, 2010.
3  The parties also agree that the delay resulting from the continuance shall be excluded in
4  the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(h)(7)(B)(i) & (iv).

7  Dated: September 14, 2010         /s/ David A. Torres
                                     DAVID A. TORRES
8                                    Attorney for Defendant
                                     CESAR LOPEZ

12 Dated: September 14 , 2010         /s/ Elana Sharon Landau
                                     ELANA SHARON LANDAU
13                                   Assistant U.S. Attorney

# ORDER

Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(h)(7)(B)(i) & (iv).    Good Cause exists for the continuance.

IT IS SO ORDERED.

**Dated:     September 14, 2010**              **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE