1   BENJAMIN B. WAGNER
    United States Attorney
2   ELANA S. LANDAU, Ca. Bar #212144
    Assistant U.S. Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, California  93721
4   Telephone: (559) 497-4000

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  CASE NO.  1:09-CR-299 LJO
                                     )
12                     Plaintiff,    )  STIPULATION TO CONTINUE
                                     )  SENTENCING DATE AND
13  v.                               )  ORDER
                                     )
14                                   )
                                     )
15  CESAR LOPEZ                      )
                                     )
16                     Defendant.    )

17

18       The parties request that the sentencing hearing in this case be

19  continued from January 14, 2011 to March 11, 2011 at 9:00a.m..  The

20  parties request the continuance be granted because there are matters

21  related to sentencing that remain unresolved.  The Speedy Trial Act

22  is not implicated since the defendant has already pled guilty and is

23  awaiting sentencing.

24

25                                   Respectfully Submitted,

26                                   BENJAMIN B. WAGNER
                                     United States Attorney
27

28

                                     1

DATE: January 13, 2011          By:   /s/Elana S. Landau
                                      ELANA S. LANDAU
                                      Assistant U.S. Attorney


DATE: January 13, 2011                /s/Mario Disalvo
                                      MARIO DISALVO
                                      Attorney for Defendant Cesar Lopez

**BASED ON THIS STIPULATION, COUPLED WITH COLLATERALLY FILED DOCUMENTS, THE COURT FINDS GOOD CAUSE AND GRANTS THIS CONTINUANCE.**


IT IS SO ORDERED.

**Dated:    January 13, 2011**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE