BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU, Ca. Bar #212144
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:09-CR-299 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE AND ORDER |
| v. | |
| CESAR LOPEZ | |
| Defendant. | |

The parties request that the sentencing hearing in this case be continued from March 11, 2011 to April 1, 2011 at 9:00a.m..  The parties request the continuance be granted because there are matters related to sentencing that remain unresolved.  The Speedy Trial Act is not implicated since the defendant has already pled guilty and is awaiting sentencing.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

1

```
DATE: March 10, 2011          By:   /s/Elana S. Landau
                                    ELANA S. LANDAU
                                    Assistant U.S. Attorney


DATE: March 10, 2011                /s/Mario Disalvo
                                    MARIO DISALVO
                                    Attorney for Defendant Cesar Lopez
```

**SO ORDERED.**

```
DATE: March 10, 2011                /s/ Lawrence J. O'Neill
                                    _____
                                    HON. LAWRENCE J. O'NEILL
                                    U.S. District Judge
```