PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO.  1:09-CR-00299-NONE |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENT AS SET FORTH IN GOVERNMENT'S REQUEST |
| v. | |
| CESAR LOPEZ, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

Request to Seal, IT IS HEREBY ORDERED that the Exhibit A to the government's opposition to the

defendant's motion for a reduction of sentence pursuant to 18 U.S.C. § 3582 pertaining to defendant

Cesar Lopez shall be SEALED until further order of this Court.  It is further ordered that access to the

sealed documents shall be limited to the government and the defendant, Cesar Lopez, or his counsel.

IT IS SO ORDERED.

Dated:   __December 16, 2021__                    _____
                                                                    UNITED STATES DISTRICT JUDGE