HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CESAR LOPEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CESAR LOPEZ, <br><br> Defendant. | Case No. F 09-299 NONE 2 <br><br> **ORDER GRANTING REQUEST TO WITHDRAW AS COUNSEL** <br><br> RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE <br><br> Judge: Hon. DALE A. DROZD |

Pursuant to the notice of non-supplementation and request to withdraw as counsel, ECF 217, and good cause appearing therefor, the request is GRANTED, and David M. Porter and the Federal Defender Office shall be removed from the service list in this case.

IT IS SO ORDERED.

Dated: **December 20, 2021**

_____
UNITED STATES DISTRICT JUDGE